# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANGELA CARDER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NADIN CUTTER, DISTRICT JUDGE,
Respondents,
and
JUSTIN CARDER,
Real Party in Interest.

No. 83767

FILED

DEC 17 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion to disqualify the presiding judge. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole

discretion in determining whether to entertain a writ petition).  We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.          _____, Sr.J.
Herndon                                Gibbons

cc:    Hon. Nadin Cutter, District Judge, Family Court Division
       Roberts Stoffel Family Law Group
       John Buchmiller and Associates, LLC
       Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.